IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



**DWAYNE GRAY MILLER, JR.,**

    Plaintiff,

v.                                                                  Civil Action No. **3:19CV616**

**DEEP MEADOW CORRECTIONAL CENTER,** *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on September 11, 2019, the Court conditionally filed this civil action. On September 19, 2019, the United States Postal Service returned the Memorandum Order to the Court marked, "RETURN TO SENDER," and "NO LONGER AT THIS INSTITUTION," because Plaintiff apparently relocated. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                             /s/              
                                                         M. Hannah Lauck
                                                         United States District Judge

Date: September 26, 2019
Richmond, Virginia